IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRODTI INC., | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. |
| | ) |
| GOOGLE LLC, | ) **JURY TRIAL DEMANDED** |
| | ) |
|        Defendant. | ) |
| | ) |

## PLAINTIFF BRODTI INC.'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff BrodTi Inc. ("Brodti" or "Plaintiff") certifies that Plaintiff does not have a parent corporation. Plaintiff further certifies that no publicly held entity owns ten percent or more of Plaintiff's stock.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

*Of Counsel:*

Dariush Keyhani
Frances H. Stephenson
KEYHANI LLC
1050 30th Street NW
Washington, DC 20007
(202) 748-8950

Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

Dated: February 9, 2024

*Attorneys for Plaintiff*