IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRODTI INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 24-173 (RGA) |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE
TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Defendant Google LLC to move, answer, or otherwise respond to the Complaint (D.I. 1) is extended through and including July 8, 2024.

| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Andrew C. Mayo* | */s/ Brian P. Egan* |
| Steven J. Balick (#2114) | Jack B. Blumenfeld (#1014) |
| Andrew C. Mayo (#5207) | Brian P. Egan (#6227) |
| 500 Delaware Avenue, 8th Floor | 1201 North Market Street |
| P.O. Box 1150 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899-1347 |
| (302) 654-1888 | (302) 658-9200 |
| sbalick@ashbygeddes.com | jblumenfeld@morrisnichols.com |
| amayo@ashbygeddes.com | began@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

May 7, 2024

SO ORDERED this _____ day of May, 2024.

_____
United States District Judge