IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRODTI INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-173-RGA |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**<u>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME</u>**

IT IS HEREBY STIPULATED by the parties, subject to the approval and order of the Court, that the deadline for Plaintiff to file a response to Defendant's motion to dismiss (D.I. 9) is extended to August 21, 2024.

| | |
|---|---|
| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ Andrew C. Mayo* | */s/ Brian P. Egan* |
| John G. Day (#2403) | Jack B. Blumenfeld (#1014) |
| Andrew C. Mayo (#5207) | Brian P. Egan (#6227) |
| 500 Delaware Avenue, 8th Floor | 1201 North Market Street |
| P.O. Box 1150 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899-1347 |
| (302) 654-1888 | (302) 658-9200 |
| jday@ashabygeddes.com | jblumenfeld@morrisnichols.com |
| amayo@ashbygeddes.com | began@morrisnichols.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED, this _____ day of _____, 2024.

_____
United States District Judge

{02036106;v1 }