IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRODTI INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | C.A. No. 1:24-cv-00173-JCB <br><br> Hon. John Campbell Barker |

### DECLARATION OF JOHN DETITTA IN SUPPORT OF BRODTI'S RESPONSE TO GOOGLE'S MOTION TO TRANSFER VENUE

I, John DeTitta, declare as follows:

1. I submit this declaration in support of BrodTi's Response to Google's Motion to Transfer Venue to the Northern District of California. I am over 18 years of age. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. I am the sole owner of BrodTi and am its chief executive officer.

3. BrodTi is a very small company, much smaller than the likes of Google. I would find it a hardship to attend trial in California as opposed to Delaware, where I and any witnesses can conveniently drive, take a train, or take a very short flight to attend court.

4. I developed the ideas that were incorporated into U.S. Patent No. 11,416,898 mainly in 2004, before I filed my provisional patent application.

5. At the time of these developments, I lived in Edgewater, New Jersey

6. I currently live in Penfield, New York.

7. I am investigating who is still around who would have experienced my excitement at my inventive accomplishments and patent filings in the mid-2000's. I know of at least one

person (in his 90's) who lives in the Philadelphia area, I believe in a nursing home. I have concerns about that person's health and ability to testify, but if that is not preventative, I believe my lawyers intend to name that person as a witness and call him to testify at trial.

8. The Wilmington/Philadelphia area (within 100 miles of the courthouse) is filled with people who can explain at trial the ad business model that my patented technology supports.

9. There are thousands (at least) of third-party influencers in the area who can give such explanations from the content-owner point of view. One example person is the Youtuber who goes by JuicyJas, who lives just outside of Philadelphia. *See* https://www.youtube.com/channel/UCqTR5f7YkGro3cPv23SqcqQ.

10. There are dozens (at least) of third-party ad agencies in the area who can give such explanations from the advertiser's point of view. One example agency is Momentum Digital. *See* https://www.needmomentum.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of November, 2024, in Fairport New York.

By: /s/John DeTitta

2