UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

No. 1:24-cv-00173

**BrodTi Inc.,**
*Plaintiff,*

v.

**Google LLC,**
*Defendant.*

# ORDER

Now before the court are two opposed motions: defendant's motion to transfer (Doc. 25) and motion to dismiss the amended complaint (Doc. 22). The court sets a hearing on these motions for August 6, 2025, at 3:00 p.m. Eastern Time. Proceedings will occur at the federal courthouse in Wilmington, Delaware. The court will confirm the courtroom by later order.

*So ordered by the court on February 20, 2025.*

J. CAMPBELL BARKER
United States District Judge