IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRODTI INC., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) C.A. No. 24-173-JCB |
|  | ) |
| GOOGLE LLC, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.7, Steven J. Balick and Andrew C. Mayo of Ashby & Geddes and Robert P. Greenspoon, William W. Flachsbart, and Mark Magas of Dunlap Bennett & Ludwig hereby withdraw their appearances as counsel for Plaintiff Brodti Inc. Stamatios Stamoulis of Stamoulis and Weinblatt LLC hereby enters his appearance for Plaintiff Brodti Inc. in this matter.

| ASHBY & GEDDES | STAMOULIS & WEINBLATT LLC |
|---|---|
| */s/ Andrew C. Mayo* | */s/ Stamatios Stamoulis* |
| Steven J. Balick (#2114) | Stamatios Stamoulis (#4606) |
| Andrew C. Mayo (#5207) | 800 N. West Street, Third Floor |
| 500 Delaware Avenue, 8th Floor | Wilmington, DE 19801 |
| P.O. Box 1150 | (302) 999-1540 |
| Wilmington, DE 19899 | stamoulis@swdelaw.com |
| (302) 654-1888 | |
| sbalick@ashbygeddes.com | *Attorney for Plaintiff* |
| amayo@ashbygeddes.com | |

*Withdrawing Attorneys for Plaintiff*

Dated: March 28, 2025

{02105797;v1 }