UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

No. 1:24-cv-00173

**BrodTi Inc.,**
*Plaintiff,*

v.

**Google LLC,**
*Defendant.*

### NOTICE OF COURTROOM

The hearing set for August 6, 2025, at 3:00 p.m. EDT will occur in courtroom 6A of the federal courthouse in Wilmington, Delaware.

*So ordered by the court on April 29, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -