IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRODTI INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-173 (JCB) |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

## **NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that the appearance of Jack B. Blumenfeld of MORRIS, NICHOLS, ARSHT & TUNNELL LLP as counsel for Defendant Google LLC is hereby withdrawn. Defendant will continue to be represented by MORRIS, NICHOLS, ARSHT & TUNNELL LLP and MUNGER, TOLLES & OLSON LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*
_____
Brian P. Egan (#6227)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
began@morrisnichols.com
cclark@morrisnichols.com

May 21, 2025        *Attorneys for Defendant Google LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 21, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Steven J. Balick, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Robert P. Greenspoon, Esquire<br>William W. Flachsbart, Esquire<br>Mark Magas, Esquire<br>DUNLAP BENNETT & LUDWIG, PLLC<br>333 North Michigan Avenue, 27th Floor<br>Chicago, IL  60601<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)