IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRODTI INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 24-173 (JCB) |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE REGARDING PLACE OF TRIAL AND HEARINGS

Pursuant to JCB-CV-77 of the Court's Order Regulating Practice entered in the above-captioned case, D.I. 51, Defendant Google LLC hereby provides notice that it does not consent to hearings or trial proceeding in the Easter District of Texas, Tyler Division. Google LLC does, however, consent to proceeding with hearings via telephone or video conference where appropriate.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Zachary M. Briers
Heather Takahashi
Matthew Miyamoto
Wendy Q. Xiao
MUNGER, TOLLES & OLSON LLP
350 S Grand Ave 50th floor
Los Angeles, CA 90071
(213) 683-9100

J. Kain Day
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave NW
Washington, DC 20001
(202) 220-1100

June 4, 2025

*/s/ Brian P. Egan*

_____
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
began@morrisnichols.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 4, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Stamatios Stamoulis, Esquire<br>STAMOULIS & WEINBLATT LLC<br>800 N. West Street, Third Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)