UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

No. 1:24-cv-00173

**BrodTi Inc.,**
*Plaintiff,*

v.

**Google LLC,**
*Defendant.*

# ORDER

The hearing set for August 6, 2025, at 3:00 p.m. EDT is rescheduled to 2:00 p.m. EDT on the same day and in the same courtroom. *See* Doc. 50.

*So ordered by the court on July 17, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -