## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| BRODTI INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendants. | Case No.: 1:24-cv-173-JCB |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF WARREN V. NORRED, P.E.

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Warren V. Norred, P.E. of the law firm Norred Law, PLLC in Arlington, Texas to represent BrodTi Inc. in this matter.

Dated: July 15, 2025

Respectfully submitted,

STAMOULIS & WEINBLATT LLC

 */s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*

ME1 27871028v.1

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Warren V. Norred, P.E. of the law firm Norred Law, PLLC in Arlington, Texas is GRANTED.


Dated: _____                     _____
                                                                       United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE* OF WARREN V. NARRED, P.E.

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order: Annual Registration Fee / Pro Hac Vice Fee, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ Warren V. Norred, P.E.*
Warren V. Norred, P.E.
**Norred Law, PLLC**
515 East Border Street
Arlington, TX 76010
Tel: (817) 704-3984
Fax: (817) 524-6686
Email: wnorred@norredlaw.com

Dated: July 15, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2025, I electronically filed the above documents with the Clerk of Court using CM/ECF, which will send electronic notification of such filings to all registered counsel.

*/s/Stamatios Stamoulis*
Stamatios Stamoulis (#4606)

ME1 27871028v.1