UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

No. 1:24-cv-00173

**BrodTi Inc.**,
*Plaintiff,*

v.

**Google LLC,**
*Defendant.*

**O R D E R**

  The Patent Trial and Appeal Board instituted an *inter partes* review for the '898 patent on July 24, 2025. *Google LLC v. BrodTi Inc.*, No. IPR2025-00472 (P.T.A.B. July 24, 2025). All claims are being challenged on obviousness grounds. *Id.* at 8. On August 14, 2025, the parties filed a stipulation and proposed order to stay pending *inter partes* review proceedings. Doc. 60. The parties' stipulation is granted.

  The court orders that this case is **administratively closed**. All pending motions are held in abeyance. Within seven days of the resolution of the above-captioned *inter partes* review, the parties shall file a notice with the court to reopen this case.

*So ordered by the court on August 15, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -